UNITED STATES DISTRICT COURT FOR THE 

EASTERN DISTRICT OF CALIFORNIA

SEP - 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
          Plaintiff, )
      v. )
Raymond Tandinolla )
          Defendant. )

Case No. 02-479-GEB

RELEASE ORDER NO. _____

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Raymond Tandinolla _____, Case No. _____, Charge _____, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✓ Release on Personal Recognizance

___ Bail posted in the sum of $ _____

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

✓ (Other) OR

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 9-2-05,

19 ___ at _____ a.m./p.m.

By _____
United States District Judge or
United States Magistrate

Copy 2 - Pre Trial Services