**FILED**

# United States District Court

## Eastern District of California

MAY 12 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

**RAYMOND FANDINOLA**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:02CR00479-01**

Vicki Cody

Defendant's Attorney

## THE DEFENDANT:

[✔]     admitted guilt to violation of charge(s) 1 & 2 as alleged in the violation petition filed on _.

[ ]     was found in violation of condition(s) of supervision as to charge(s) _ after denial of guilt, as alleged in the violation petition filed on _.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Illicit Drug Use | 6/30/05, 7/11/05,8/2/05 |
| 2 | Failure to Report Change of Address within 20 days to the Probation Officer | 2/24/06 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on __.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     Charge(s) __ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

3/17/06

Date of Imposition of Sentence

Signature of Judicial Officer

**GARLAND E. BURRELL, JR.**, United States District Judge

Name & Title of Judicial Officer

5-10-06

Date

CASE NUMBER:      2:02CR00479-01                                                        Judgment - Page 2  of  2
DEFENDANT:        RAYMOND FANDINOLA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 months .

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[ ]      The defendant is remanded to the custody of the United States Marshal.

[✔]      The defendant shall surrender to the United States Marshal for this district.
         [✔] at 2pm on 3/20/06 .
         [] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.
         If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                                        UNITED STATES MARSHAL


                                                                   By  _____
                                                                           Deputy U.S. Marshal